

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00728-CV

**IN THE INTEREST A.N.J.,**
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02188
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellant's original brief, filed December 31, 2018, contained an appendix that identified the minor children by their full names. Appellant filed an amended brief on January 2, 2019 that was redacted in accordance with the requirements of Texas Rule of Appellate Procedure 9.8(b) and 9.9(a)-(c). The amended brief has been accepted for filing and we order the original brief, filed December 31, 2018, stricken.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court